```
                                    IT IS SO ORDERED:
                                    _____
                                        David N. Hurd
                                    United States District Judge

                                    Dated: June 1, 2016
                                           Utica, NY
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAN'S HAULING & DEMO, INC.,

                                                 Plaintiff,

   -against-

FIDELITY AND DEPOSIT COMPANY OF        Docket No. 1:15-cv-1507 (DNH/CFH)
MARYLAND and COLONIAL AMERICAN
CASUALTY AND SURETY COMPANY,

                                                 Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by the attorneys of record for the undersigned in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, voluntarily dismissed with prejudice as against each and every party and without costs to any party as against the other, and pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

This Stipulation may be filed without further notice with the Clerk of the Court and may be executed in counterpart originals, by telecopier or otherwise.

Dated: May 13, 2016                             Dated: May 13, 2016

**THE STEELE LAW FIRM, P.C.**               **FOX & KOWALEWSKI, LLP**
*Attorneys for Plaintiff*                            *Attorneys for Defendants Fidelity and Deposit*
*Dan's Hauling & Demo, Inc.*                     *Company of Maryland and Colonial American*
                                              *Casualty and Surety Company*

_____              _____
Kimberly A. Steele, Esq. (KS 511152)       Edward Kowalewski, Jr., Esq. (505104)
949 County Route 53                            Four Old Route 146, P.O. Box 958
Oswego, New York 13126                     Clifton Park, New York 12065
Telephone: (315) 216-4721                 Telephone: (518) 383-0200
Email:    ksteele@thesteelelawfirm.com    Email:    ekj@fkllplaw.com